# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hubert Reape**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00007-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Ray Mabus**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2017 Order.

                                                  March 29, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court